IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RELIABLE CONSULTANTS, INC. d/b/a DREAMER'S and LE ROUGE BOUTIQUE, | : | Case No. A04-CA-086-LY |
| Plaintiff, | : | |
| PHE, INC. d/b/a ADAM & EVE, INC., | : | |
| Plaintiff-Intervenor, | : | |
| v. | : | |
| RONNIE EARLE, In His Official Capacity Only, Travis County District Attorney, | : | |
| Defendant, | : | |
| STATE OF TEXAS, | : | |
| Defendant-Intervenor. | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 29, 2008 Order, the parties hereby jointly submit this status report regarding what actions the parties believe remain to be taken in the above-captioned case. The parties agree that the only remaning issues in the case are (1) entry of final judgment, and (2) resolution of motions for attorneys' fees. The parties advise as follows:

1. The parties have discussed the proposed form of judgment in this case, and have attached a Proposed Judgment hereto as Exhibit A.

2. The current status of motions for attorneys' fees is as follows: Plaintiff Reliable Consultants, Inc. has filed a motion for attorneys' fees, but expects to supplement that motion following entry of judgment; the Defendants have filed preliminary responses to that motion; and Plaintiff PHE, Inc. intends to file its motion for attorneys' fees following entry of judgment. To streamline resolution of issues related to attorneys' fees, the parties have agreed to the following. Within 14 days of the entry of final judgment, per Fed. R. Civ. P. 54(d)(2)(B), Reliable Consultants will file a revised motion for attorneys' fees with supplemental information, and PHE will file its motion for attorneys' fees. Responses and reply briefs will be filed consistent with the corresponding times set forth in the Local Rules. To the extent that Defendants request additional time for response, Plaintiffs will agree in good faith to permitting any such additional reasonable time. If the Court is amenable to this schedule, no further action on the Court's part, other than entry of final judgment, will be necessary at this time.

Respectfully submitted,

/s/

H. Louis Sirkin (*pro hac vice*)
Jennifer M. Kinsley (*pro hac vice*)
Sirkin Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, OH 45202
Phone: (513) 721-4876
*Attorneys for Plaintiff Reliable Consultants, Inc.*

/s/

Julie M. Carpenter (*pro hac vice*)
Duane C. Pozza (*pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
*Attorneys for Plaintiff-Intervenor PHE, Inc.*

/s/ ____________________________________

Elaine A. Casas (State Bar #00785750)
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
Phone: (512) 854-9415
Fax: (512) 854-4808
*Attorney for Defendant Ronnie Earle*

/s/ ____________________________________

James C. Todd
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, TX 78711-2548
Phone: (512) 463-2120
Fax: (512) 320-0677
*Attorney for Defendant-Intervenor State of Texas*

Dated: Nov. 13, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that, this 13th day of November, 2008, a copy of the foregoing Joint Status Report was electronically submitted for filing in accordance with the ECF system for the Western District of Texas, which will send notification to the following:

Elaine A. Casas
Marion A. Damen
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767

James C. Todd
Office of Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548

Tim Poteet
Chamberlain & McHaney
301 Congress Avenue, Suite 1800
Austin, TX 78701

H. Louis Sirkin
Jennifer M. Kinsley
Sirkin Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, OH 45202

Gretchen A. Benolken
Benolken & Everett, P.C.
513 West Oak Street
Denton, TX 76201

I hereby certify that, this 13th day of November, 2008, a copy of the Joint Status Report was served by first class mail, postage prepaid, on the following non-ECF participants:

Candace C. Crouse
Sirkin Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, OH 45202

__/s/_Duane C. Pozza____________________
Duane C. Pozza