FILED
2008 NOV 26 PM 2:24
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---

RELIABLE CONSULTANTS, INC.
d/b/a DREAMER'S and LE ROUGE BOUTIQUE, :

      Plaintiff, :

PHE, INC. d/b/a ADAM & EVE, INC., :

      Plaintiff-Intervenor, :

v. :

RONNIE EARLE, :
In His Official Capacity Only,
Travis County District Attorney, :

      Defendant, :

STATE OF TEXAS, :

      Defendant-Intervenor. :

Case No. A04-CA-086-LY

---

## FINAL JUDGMENT

The Court now renders final judgment as to all claims of Plaintiffs Reliable Consultants, Inc. and PHE, Inc. against Defendant Ronnie Earle, in his official capacity as the Travis County District Attorney, and the Defendant-Intervenor State of Texas. For the reasons given in the decision of the United States Court of Appeals for the Fifth Circuit in this case, it is hereby:

ORDERED, ADJUDGED and DECREED that Texas Penal Code §§ 43.23, to the extent that it applies to "obscene devices" as defined in Texas Penal Code § 43.21(a)(7), is declared to be facially unconstitutional and unenforceable throughout the State of Texas.

It is SO ORDERED.

Dated: November 26, 2008

Judge Lee Yeakel
UNITED STATES DISTRICT COURT